

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2014

No. 04-13-00770-CR

Tiffany **NEMECEK**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 355th District Court, Hood County, Texas
Trial Court No. CR12464
The Honorable Ralph H. Walton Jr., Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file her brief is GRANTED. Appellant's brief is due March 7, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court